1 | BENJAMIN B. WAGNER
United States Attorney
2 | BENJAMIN E. HALL
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA  93721
4 | Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

6 | Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANGELA ZAPIEN, et. al, | **Case No. 1:14-cv-01264-SKO** |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| UNITED STATES POSTAL SERVICE et al., | |
| Defendants. | |

Plaintiffs, Angela Zapien and Adrian Urchison, and Defendant, United States of America, hereby stipulate and request that the Settlement Conference set for October 16, 2015, before United States Magistrate Judge Michael J. Seng be continued for a period of four to six weeks, as the case is not yet in a settlement posture.  The parties propose the following alternative dates for the Settlement Conference:  November 20, 2015, and December 4, 2015.

Respectfully submitted,

Dated: October 9, 2015                                  BENJAMIN B. WAGNER
United States Attorney


 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

STIPULATION AND PROPOSED ORDER                 1
TO CONTINUE SETTLEMENT CONFERENCE

1 | Dated: October 9, 2015

LAW OFFICES OF RICHARD
   LeGRANDE SHEPPARD, III

[Authorized October 9, 2015]

  /s/ Richard L. Sheppard
RICHARD L. SHEPPARD
Attorney for Plaintiff

## **ORDER**

Good cause appearing, the proposed Stipulation in case 1:14-cv-1264-SKO to continue the Settlement Conference from October 16, 2015 at 10:00 AM to November 20, 2015, at 10:00 a.m. in Courtroom 6 before United States Magistrate Judge Michael J. Seng in is hereby approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   October 13, 2015            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER
TO CONTINUE SETTLEMENT CONFERENCE                    2