1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Defendant

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ANGELA ZAPIEN, et. al, | **Case No. 1:14-cv-01264-SKO** |
| 12           Plaintiffs, | **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |
| 13      v. | |
| 14  UNITED STATES POSTAL SERVICE et al., | |
| 15           Defendants. | |

16

17      Plaintiffs, Angela Zapien and Adrian Urchison, and Defendant, United States of America,

18 hereby stipulate and request that the Settlement Conference set for November 20, 2015, before

19 United States Magistrate Judge Michael J. Seng be vacated, as the parties agree that the conference

20 is not likely to be productive in resolving the case.

21

22                                          Respectfully submitted,

23 Dated: November 12, 2015                 BENJAMIN B. WAGNER
                                            United States Attorney
24

25                                           /s/ Benjamin E. Hall
                                            BENJAMIN E. HALL
26                                          Assistant U.S. Attorney
                                            Attorney for Defendant
27

28

STIPULATION AND PROPOSED ORDER                    1
TO VACATE SETTLEMENT CONFERENCE

1  Dated: November 12, 2015                    LAW OFFICES OF RICHARD
2                                                                   LeGRANDE SHEPPARD, III
3                                                              [Authorized November 12, 2015]
4                                                              /s/ Richard L. Sheppard
                                                               RICHARD L. SHEPPARD
5                                                              Attorney for Plaintiff

6                                    **ORDER**

7         Good cause appearing, the proposed Stipulation and Order to Vacate Settlement Conference,
8  in case No. 1:14-cv-1264-SKO is hereby approved and adopted as the Order of the Court.
9
10 IT IS SO ORDERED.
11
12     Dated:   November 13, 2015            /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER          2
TO VACATE SETTLEMENT CONFERENCE