1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099

6  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

11 ANGELA ZAPIEN, et. al,                **Case No. 1:14-cv-01264-SKO**

12                     Plaintiffs,       **STIPULATION AND ORDER TO CONTINUE DATE FOR FILING DISPOSITIONAL DOCUMENTS**

13                v.

14 UNITED STATES POSTAL SERVICE et al.,

15                     Defendants.

18     Pursuant to Local Rule 160(a), the parties to this action respectfully request that the Court

19 extend the time for filing dispositional documents in this action from June 8, 2016 (*see* Minute

20 Order, Doc. 16), to July 8, 2016, in order to allow additional time for completion of the parties'

21 settlement of this case, including Court approval of a minor's compromise.

22                                       Respectfully submitted,

23 Dated: June 7, 2016                   PHILLIP A. TALBERT
                                         Acting United States Attorney

25                                        /s/ Benjamin E. Hall
                                         BENJAMIN E. HALL
26                                       Assistant U.S. Attorney
                                         Attorney for Defendant

1  Dated: June 7, 2016                              LAW OFFICES OF RICHARD
                                                    LeGRANDE SHEPPARD, III

                                                    [Authorized June 6, 2016]

                                                     /s/ Richard L. Sheppard
                                                    RICHARD L. SHEPPARD
                                                    Attorney for Plaintiffs

## ORDER

Based on the above stipulation, it is hereby ORDERED that the deadline for filing the parties' stipulation of settlement is extended to July 8, 2016.

IT IS SO ORDERED.

Dated:   **June 8, 2016**                            /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE