PHILLIP A. TALBERT
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ZAPIEN, et. al,<br><br>                    Plaintiffs,<br><br>         v.<br><br>UNITED STATES POSTAL SERVICE et al.,<br><br>                    Defendants. | **Case No. 1:14-cv-01264-SKO**<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR FILING DISPOSITIONAL DOCUMENTS** |

   Pursuant to Local Rule 160(a), the parties to this action respectfully request that the Court further extend the time for filing dispositional documents in this action from July 8, 2016 (*see* Order at Doc. 18), to August 12, 2016.  Counsel for plaintiffs has been unable to contact plaintiffs in order to obtain signatures on the settlement agreement, and requests additional time to make additional attempts to make contact and secure the necessary signatures.

Respectfully submitted,

Dated: July 7, 2016

PHILLIP A. TALBERT
Acting United States Attorney


 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: July 7, 2016

LAW OFFICES OF RICHARD
  LeGRANDE SHEPPARD, III

[Authorized July 7, 2016]

 /s/ Richard L. Sheppard
RICHARD L. SHEPPARD
Attorney for Plaintiffs

## **ORDER**

Based on the above stipulation, it is hereby ORDERED that the deadline for filing the parties' stipulation of settlement is further extended to August 12, 2016.

IT IS SO ORDERED.

Dated:   **July 8, 2016**                                         /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE